# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| AHMET DEMERELLI, | ) ) |
| Plaintiff-Intervener, | ) ) |
| v. | ) No. 4:04-CV-846 CAS ) |
| CONVERGYS CUSTOMER MANAGEMENT GROUP, INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff Equal Employment Opportunity Commission's motion for leave to submit memorandum in opposition to defendant's motion for summary judgment in excess of fifteen pages is **GRANTED in part and DENIED in part**. [Doc. 55]

**IT IS FURTHER ORDERED** that plaintiff shall file its memorandum in opposition to defendant's motion for summary judgement not to exceed 20 pages no later than Wednesday, November 2, 2005.

**IT IS FURTHER ORDERED** that the Clerk of Court shall delete document 57 from the record.

                                                                                 _____
                                                                                 **CHARLES A. SHAW**
                                                                                 **UNITED STATES DISTRICT JUDGE**

Dated this 31st day of October, 2005.