IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | |
| AHMET DEMIRELLI | ) ) | |
| Plaintiff-Intervener, | ) ) | |
| vs. | ) ) | Case No. 4:04CV00846 CAS |
| CONVERGYS CUSTOMER MANAGEMENT GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF UNCONTESTED FACTS**

1.     Yigit Demirelli is an individual with a disability within the meaning of the Americans with Disabilities Act.

2.     Yigit Demirelli filed Charge of Discrimination No. 280-2003-01562 against Convergys on September 3, 2002.

3.     The Equal Employment Opportunity Commission notified Convergys of Charge No. 280-2003-01562 by mailing a Notice of Charge of Discrimination on September 9. 2002.

4.     The Equal Employment Opportunity Commission issued a Determination finding reasonable cause as to Demirelli's Charge of Discrimination on September 30, 2003.

5.     The Convergys facility in Hazelwood, Missouri serves as an in-bound call center handling calls from customers of Convergys' clients.  For example, if a company set up a "1-800" number for customers to participate in a promotion or for customer service assistance, Convergys is contracted by that company to accept those in-bound calls.

6.     Demirelli was hired by Convergys on January 15, 2001.

7.     On January 15, 2001 Demirelli received a copy of Convergys' Associate Guide, which contains Convergys' employment policies, practices and procedures.

8.      At all relevant times, under Convergys' Attendance Policy, customer service agents received a thirty (30) minute meal break.

9.      At all relevant times, under Convergys' Attendance Policy, customer service agents received a three-minute grace period when arriving at work and returning from meal breaks.

10.     Demirelli remained on Convergys' premises for meal breaks.

11.     On November 1, 2001 Demirelli received a verbal warning for tardiness.

12.     On March 15, 2002 Demirelli received a written warning for incurring one No Call/No Show.

13.     On April 18, 2002 Demirelli received a written warning for tardiness.

14.     On April 18, 2002, Demirelli received a written warning for absenteeism.

15.     At all relevant times, Convergys Corporation has employed more than 500 employees.

16.     Yigit Demirelli was terminated on June 27, 2002 for excessive tardiness.

17.     Upon his termination Demirelli completed an Exit Interview form, on which he wrote:

I fully realize that I have been less than perfect with my time management here at Convergys.  However, I must point out certain factors that contributed to my tardiness.  First offhand, as I have stated to my superiors before, most of my tardies were caused due to lack of accessible/handicapped parking spaces.  I have even changed my schedule from
3 pm-11 pm to 4:30 pm - 1 am so that I might find vacant spots as the 4 pm shift leaves.  Correspondingly, after my first manager (Loretta Hill) left Convergys I was left unsupervised, without a manager for a period of two months.  Thus, there was no one to give me a verbal warning so that I would have a chance to stop my tardies.  Thus, because
of the reasons I have listed above I feel I have been wrongly terminated.  I would also like
to state that I fully contributed all of my talents/skills to the clients of this company in order to resolve their problems.  While I disagree with the decision of the HR dept I want to express I have enjoyed fully working here and interacting with my colleagues.  I kindly
request that you reconsider your decision.

18.     At all relevant times, Team Leaders at Convergys' Hazelwood facility were supervisors.

19.     All documents produced by the parties during discovery are authentic.


20.     Yigit Demirelli's gross earnings from Convergys were $17,302.53 in 2001 and 10,577.22 in 2002.

21.     Plaintiff Equal Employment Opportunity Commission has satisfied all jurisdictional prerequisites to this suit.


                                                        Respectfully Submitted,


LAMPIN, KELL, FAGRAS, LINSON,                EQUAL EMPLOYMENT OPPORTUNITY
CUSTER & STAEBELL                            COMMISSION

                                             ROBERT G. JOHNSON
                                             Regional Attorney

/s/ Michael J. Fagras                        /s/ Barbara A. Seely
Michael J. Fagras, ARN 52285                 Barbara A. Seely, ARN 1060


Attorney for Plaintiff-Intervener
4700 Mexico Rd.                              Attorneys for Plaintiff
St. Peters, MO 63376                         St. Louis District Office
(636) 498-4000                               Robert A. Young Federal Bldg.
(636) 949-8880 Facsimile                     1222 Spruce, Room 8.100
                                             St. Louis, Missouri 63103
                                             (314) 539-7916
                                             (314) 539-7895 Facsimile


THOMPSON COBURN LLP

/s/ Mary M. Bonacorsi
Mary M. Bonacorsi, ARN 2669
Laura M. Jordan, ARN 101022
Attorneys for Defendant
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Facsimile