# United States District Court
## EASTERN DISTRICT OF MISSOURI

### JUDGMENT IN A CIVIL CASE

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
      Plaintiff,

and

AHMET YIGIT DEMIRELLI ,
      Plaintiff-Intervenor

          v.                        CASE NUMBER:     4:04CV846CAS

CONVERGYS CUSTOMER
MANAGEMENT GROUP, INC.
      Defendant.

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of plaintiffs Equal Employment

Opportunity Commission and Ahmet Yigit Demirelli and against defendant Convergys Customer Management Group, Inc. on

the claim of disability discrimination as submitted in instruction #12.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of plaintiffs Equal Employment

Opportunity Commission and Ahmet Yigit Demirelli and against defendant Convergys Customer Management Group, Inc. on

the claim that Convergys Customer Management Group, Inc. failed to make a good faith effort and to consult with plaintiff

Ahmet Yigit Demirelli to identify and make a reasonable accommodation as submitted in instruction #14.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in the amount of $14,265.22 for lost

wages and benefits through the date of verdict and $100,000.00 for other damages up to April 4, 2003, excluding lost wages and benefits, for a total judgment of One Hundred Fourteen Thousand, Two Hundred Sixty-Five Dollars and Twenty-Two Cents ($114,265.22).

Costs are assessed against defendant.

**United States District Judge**

April 18, 2006
DATE